UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

<u>Terrell Rayshawn Hughes</u>
Plaintiff

Civil Action No. 3-22CV1776-E

v.

<u>City of Dallas, Dallas Police Department et al</u>
  Defendant

Address: Dallas City Hall 1500 Marilla St. Dallas Texas 75201

Affidavit: Complaint

I Terrell Hughes City of Dallas Citation: C22039525 to federal court and give this court jurisdiction over this matter due to Civil Rights violations of 1983

Dart Cherokee Basin Operating Co. v. Owens, 574 U.S._ (2015)., The removal Statue 28 U.S.C. §1446 requires only a "short and plain statement of the ground for removal.,

I GIVE JURISDICTION TO THIS COURT TO HEAR MATTERS AND CIVIL RIGHTS VIOLATIONS

Fact 1. I Terrell Hughes a Free man on the land do honestly swear that Dallas police officers have violated my God given constitutional rights in front of a Dallas police camera on Malcolm X and main street. Upon being approach by Dallas police officers every time I asked them where they up under their oath of office and for their name and badge number. Some did and some didn't give the information so I request for all body cameras to be reviewed upon each and every contact with DPD officers prior to the time of the incident

Fact 2. I was trying to prevent heat related injuries due to dehydration due to the Texas heat minding my own business when I was approached by the officer who gave me the ticket, he came up to me claiming that I didn't have the right to public easements which gives the right of enjoyment and use to the public generally or to and entire community.

Fact 3. After asking for his name and badge number I ask to speak with a shift sergeant who stated that he didn't have to give me his name and badge number. I told him he had too he did

pg. 1

then I stated that I was being discriminated against and racially profiled and eventually illegally detained and placed in plexi cuffs.

Fact 4. I told the arresting/detaining officer I didn't consent to any seizure or search of any property in my possession, and I was protected by the 4th amendment of the constitution. He disregarded his Oath of office, and he illegally removed my personal belongings from me my body my personal property which is my land. Money, receipts, and change fell out my wallet and they illegally seized my cooler filled with ice supported by local bars and businesses around me. Water Gatorade and caprice suns where the only thing inside my cooler and are not illegal.

Fact 5. As I got to the middle of the street, I was placed beside a police van and stated that my rights were being violated and I didn't consent to answering any questions as they poured out my credit cards and wallet.

Fact 6. I was place in the Dallas police van with one pair of plexi cuffs. A female officer came to the back of the van to make fun of me for being a courageous entrepreneur laughed at me and asked where you are going now and I told her to file a federal complaint Monday she laughed and shut the door.

Fact 7. I felt my character had been defamed. And treated as if I were a criminal. I was illegally detained in the back of the van with lieutenant ford and the other officer refused to give me his name and badge number. Some people asked why I was being arrested for doing something good and productive in the community as they turned a blind eye to more serious matters that needed their attention.

Note: Illegal detention is the unjustifiable imprisonment or the unlawful deprivation of liberty of a person by way of arrest for a wrongful cause or suspicion and the continued restriction of personal freedom by retaining such person in custody.

Example: some examples of actions that might be involved in an illegal detention for immigration purposes might include Knowingly detaining the wrong person/suspect. Detention involving excessive force, intimidation, or threats of harm… detention for unusually long periods of time, with no justifiable reason

Fact 8. Due to the fact that I was wearing a Sombrero I was presumed to be a Mexican or person of Latino decent and place in plexi cuffs unusually for a long period of time until I needed medical attention for a pulled muscle in my right arm because I'm a big guy and was kidnapped and placed inside of the that small side of the van until my fingers went numb and sharp pain ran through my shoulder.

Fact 9. I ask multiple times if I was not being arrested to be release from the back of the police van as well as openly exercised my 1st amendment rights to freedom of speech.

Fact 10. I don't know every one's name who I was in contact with from that night and I request all body cameras police cameras etc. of Dallas police department to be reviewed that had contact with me. but it's all on camera of them making an example of me.

Fact 11. As a small business owner in Dallas Texas. Due to covid-19 small business like mine must do what we must due to survive without receiving assistance or if any bare minimum.

Errors: on the citation it has three boxes to check that say says race known prior to stop searched, and consensual search all checked no but I was searched, and my cooler was taken by Dallas police department illegally (See Ticket)

Hughes seeks this claim under Tex. Labor Code § 21.051, the Texas Commission on Human Rights Act, and Title VII (42 U.S.C. § 2000e *et seq*.), the federal anti-discrimination law. As such, his claim arises under federal law and therefore, under Title 28, section 1331 of the United States Code, this Court has federal question jurisdiction over this claim.

*"Public officials are not immune from suit when they transcend their lawful authority by invading rights."*
AFLCIO v. Woodward, 406 F2d 137 t.

*"Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or*

*threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."* 18 USC §242

### Rhetorical Questions:

A. *Is their a Law that states I a Free Man on the Land am obligated to speak with, consent too, and give up security information Name, Address, ID, SSN, etc? To any third party Legal Fiction employees and or employers functioning under private codes and statutes. What Law or spiritual scriptures support your claims? Any answers?*

B. *Is it mandatory that we the people must consent and comply with what we do not consent and comply with? Or is consenting and or not consenting a divinely inherited God Given choice? Any answers?*

Note:

*Thompson vs. carter 284 f. 3d 411 (2d cir 2002) : mental and emotional Injury; Gardner vs calif. 393 u.s. 367, 370 – 371 21 L.Ed. 2D 601, 895. Ce. 580 (1969); morissey vs brewer 408 u.s. 471, 482 (1972) Detainment is involuntarily confined and deprived of his freedom.*

I believe this court has the power to decide this case and has jurisdiction over this lawsuit since my rights were violated in so many ways. I wish to have a jury trial and be compensated for the damages assessed in the counterclaim- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence, Original Copies of all videos. Fingerprinted removed from the system in Dallas. And paid in U.S Dollars

COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASSESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS BY LAW OR FAIL TO RESPOND, FAILURE TO RESPOND IS AN ADMISSION OF GUILT,

1. Failure to state a claim upon which relief can be granted- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
2. Failure to respond- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence

3. Default by non-response or incomplete response- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
4. Constitutional Violations- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
5. Abuse of Authority- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
6. Denial of Due process- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
7. Unlawful detention- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
8. Trespassing- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
9. Conspiracy to Defraud- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
10. Medical bill acquired at Baylor hospital- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
11. Civil rights Violation 1983- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
12. Abuse of power- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
13. Abuse of Process- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence

14. Coercion- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
15. Defamation of Character- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
16. Deprivation of rights 18 U.S.C§ 242- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
17. cruel and unusual punishment- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
18. mental and emotional injuries- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
19. Unwarranted search and seizure- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence
20. Racial Profiling- 1,000,000. (One Million US Dollars) per third party

Defendant, per count, per violation, per occurrence

21. Harassment- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence

22. Theft of private property- 1,000,000. (One Million US Dollars) per third party Defendant, per count, per violation, per occurrence

23. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per day, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of default. After (30) Thirty Days beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $5,000,000.00 (Five Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $10,000,000.00 (Ten Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above. Punitive damages will be assessed as seven (7) times the original number of damages. Punitive damages will be added to the original number of damages.

This instrument was prepared by Terrell of the Hughes family authorized private power of attorney. Notice to agent is notice to principle and notice to principle is notice to agent.

Address: 9506 Ferguson Rd Dallas TX 75228

_____ Authorized Representative
"Without Prejudice"
Terrell Rayshawn Hughes Livings Soul

(Texas) SURAT( Dallas County ) On the ____12____ day of ___August___, 2022 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit, and proved to me on the basis of satisfactory evidence and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/ her authorized capacity, and that by his/ her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

Jarnell Jefferson
Notary name printed

_____
Notary signature Seal / Stamp

[Notary Seal: JARNELL JEFFERSON, NOTARY PUBLIC, STATE OF TEXAS, NOTARY ID 129876972, MY COMM. EXP. 08-27-2022]

Dallas, TX
Notary City and State

8-27-22
My commission expires

pg. 7

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrell R Hughes

**DEFENDANTS**
City of Dallas
Dallas Police Department et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

3-22CV1776-E

Attorneys *(If Known)*

RECEIVED AUG 12 2022 CLERK NORTHERN DISTRICT TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [x] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [x] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [x] 370 Other Fraud | | [ ] 840 Trademark | [x] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [x] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Rights of 1983   18 USC 241   18 USC 242

Brief description of cause:
Deprivation of Rights

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 25,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____